UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAROL VILLEGAS,        Case No.:  1:23-cv-7026-VF

       Plaintiff,
  vs.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

       Defendant.
-----------------------------------------------------------x

> Application Granted
>
> *Valerie Figueredo, U.S.M.J.*
> DATED: November 13, 2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 13.

## MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF / MOTION

Plaintiff, by and through her attorney of record, BRYAN KONOSKI, hereby moves for an extension of time to file the Plaintiff's Brief/Motion, and shows unto the Court as follows:

1. I am a Partner with Konoski & Partners, P.C.

2. I am the Plaintiff's attorney.

3. The Plaintiff's brief is due November 10, 2023.

4. I am requesting that the Court grant a thirty (30) day extension of time to file the Plaintiff's brief.  This is the Plaintiff's first request for an extension of time.

5. The reason for the extension request is that, while substantial progress was made on this brief, I had multiple briefs due last month and was unable to complete this brief in a timely manner.

6. Due to the Veterans Day federal holiday, I have been unable to speak with defense counsel to ask for their consent.

7. For these reasons, I kindly ask that the Court grant an extension of time to December 10, 2023, to file the Plaintiff's brief.

Dated: November 10, 2023

    Respectfully submitted,

    <u>s/ Bryan Konoski</u>

    By: Bryan Konoski, Esq.
    *Attorney(s) for the Plaintiff*
    Konoski & Partners, P.C.
    305 Broadway, 7th Floor
    New York, NY 10007
    (212) 897-5832
    Fax: (917) 456-9387
    TheFederalAppealsFirm@gmail.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAROL VILLEGAS,                                                Case No.:  1:23-cv-7026-VF

                        Plaintiff,
        vs.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                        Defendant.
-----------------------------------------------------------x
```

## ORDER

WHEREAS the Plaintiff filed a motion requesting that the Court grant a thirty (30) day extension of time to file the Plaintiff's Brief; It is hereby

ORDERED that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by December 10, 2023.

SO ORDERED

_____

## DECLARATION OF SERVICE

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age, and practice law with offices located in New York, NY. On the 10th day of November 2023, I served the within **MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF/MOTION** by: electronically filing said documents with the Clerk of the Court through the ECF system, which was then electronically served upon the Defendant through Defendant's Counsel.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: November 10, 2023

Respectfully submitted,

s/ Bryan Konoski

By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, P.C.
305 Broadway, 7th Floor
New York, NY 10007
(212) 897-5832
Fax: (917) 456-9387
TheFederalAppealsFirm@gmail.com