UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAROL VILLEGAS,                                  Case No.:  1:23-cv-7026-VF

                Plaintiff,

   vs.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                Defendant.
-----------------------------------------------------------x

> **MEMO ENDORSED**
> /s/ Valerie Figueredo
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: December 11, 2023
>
> In light of Plaintiff's filing at ECF No. 16, the extension requested herein is moot. The Clerk of Court is directed to terminate the motion at ECF No. 15.

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF / MOTION

Plaintiff, by and through her attorney of record, BRYAN KONOSKI, hereby moves for an extension of time to file the Plaintiff's Brief/Motion, and shows unto the Court as follows:

1. I am a Partner with Konoski & Partners, P.C.

2. I am the Plaintiff's attorney.

3. The Plaintiff's brief is due December 10, 2023.

4. I am requesting that the Court grant a thirty (30) day extension of time to file the Plaintiff's brief.  This is the Plaintiff's second request for an extension of time.

5. The reason for the extension request is that, while substantial progress was made on this brief, I had multiple briefs due last month and was unable to complete this brief in a timely manner.

6. I emailed defense counsel to ask what the defense counsel's position would be with respect to the request for an extension of time.  The Defense counsel responded that they do not object to this extension request, and we agreed on the following proposed schedule:

   - Plaintiff's Brief shall be filed by January 9, 2024
   - Defendant's Brief shall be filed by March 11, 2024
   - Plaintiff's Reply Brief shall be filed by April 1, 2024

7. For these reasons, I kindly ask that the Court grant an extension of time to January 9, 2024, to file the Plaintiff's brief.

Dated: December 8, 2023

                                        Respectfully submitted,

                                        <u>s/ Bryan Konoski</u>

By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, P.C.
305 Broadway, 7th Floor
New York, NY 10007
(212) 897-5832
Fax: (917) 456-9387
TheFederalAppealsFirm@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAROL VILLEGAS,                                     Case No.:   1:23-cv-7026-VF

               Plaintiff,
    vs.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

               Defendant.
-----------------------------------------------------------x

## ORDER

WHEREAS the Plaintiff filed a motion requesting that the Court grant a thirty (30) day extension of time to file the Plaintiff's Brief; It is hereby

ORDERED that the Plaintiff's motion is granted and the Briefs shall be filed according to the following schedule:

Plaintiff's Brief shall be filed by January 9, 2024

Defendant's Brief shall be filed by March 11, 2024

Plaintiff's Reply Brief shall be filed by April 1, 2024

SO ORDERED

_____

## DECLARATION OF SERVICE

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age, and practice law with offices located in New York, NY. On the 8th day of December 2023, I served the within **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF/MOTION** by: electronically filing said documents with the Clerk of the Court through the ECF system, which was then electronically served upon the Defendant through Defendant's Counsel.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: December 8, 2023

Respectfully submitted,

s/ Bryan Konoski

By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, P.C.
305 Broadway, 7th Floor
New York, NY 10007
(212) 897-5832
Fax: (917) 456-9387
TheFederalAppealsFirm@gmail.com